UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES TODD GLEASON,

        Petitioner,

                                                                      Case No. 5:05-cv-171

v.

                                                                       Hon. Wendell A. Miles

BLAINE C. LAFLER,

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        Petitioner, James Todd Gleason, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On March 7, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that petitioner's petition for writ of habeas corpus be denied as the claims lack merit.

        Petitioner was advised of his right to file objections to the R & R.  The time for filing objections to the R & R under Federal Rule of Civil Procedure 72(b) has expired, and no objections have been filed.  After reviewing the R & R, the court agrees with the reasoning and recommended disposition.

        Accordingly, the court ADOPTS the Magistrate Judge's Report and Recommendation (docket #19), and DENIES the Petition for Writ of Habeas Corpus (docket #1)

        So ordered this 24th day of April, 2008.

                                                                             /s/ Wendell A. Miles
                                                                           Wendell A. Miles
                                                                            Senior U.S. District Judge